United States District Court
Southern District of Texas
**ENTERED**
June 13, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KEN HAMILTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:18-cv-00347 |
| | ) | |
| ALLSTATE INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

**DOCKET CONTROL ORDER**

Anticipated Length of Trial: 2-3 Days     Jury: _____   Non-Jury: X

The disposition of this case will be controlled by the following schedule:

1.  (a) **NEW PARTIES** shall be joined by:                                August 2, 2019
    The attorney causing the addition of new parties will
    provide copies of this Order to new parties.

    (b) **AMENDMENTS to PLEADINGS** by Plaintiff or
    Counter-Plaintiff shall be filed by:                                   August 2, 2019
    (**Absent parties' agreement or court approval, answers** may not be amended more than 14
    days after this date. **Answers to amended claims or counterclaims** are due 14 days after
    amended claims or counterclaims are filed.)

2. **EXPERT WITNESSES for the PLAINTIFF/COUNTER-PLAINTIFF**
    shall be identified by a report listing the qualifications of each
    expert, each opinion that the expert will present, and the basis for
    each opinion.  DUE DATE:                                               September 19, 2019

3. **EXPERT WITNESSES for the DEFENDANT/COUNTER-DEFENDANT**
    shall be identified by a report listing the qualifications of each
    expert, each opinion the expert will present, and the basis for
    each opinion.  DUE DATE:                                               October 18, 2019

3a.  REBUTTAL OPINIONS FROM EXISTING EXPERTS                               November 8, 2019

4. **DISCOVERY** must be completed by:                                     December 18, 2019
Written discovery requests are not timely if they are filed
so close to this deadline that the recipient would not be
required under the Federal Rules of Civil Procedure to
respond until after the deadline.

5. **MEDIATION/ADR:**
    ___X___ Required;  _____ Strongly Suggested

| | | |
|---|---|---|
| _____ **Parties' Option** | | |
| **ADR TO BE COMPLETED** by: | | February 21, 2020 |

6. **DISPOSITIVE MOTIONS** will be filed by:      March 27, 2020

7. **ALL OTHER PRETRIAL MOTIONS** (including *Daubert/Kumho* motions, but not including other motions in limine) will be filed by: (Typically this will match ¶ 6.)      April 10, 2020

8. **JOINT PRETRIAL ORDER** will be filed by:      April 30, 2020
   Plaintiff is responsible for timely filing the complete Joint Pretrial Order in the form set forth in the publishing Court's Procedures.

9. **DOCKET CALL** is held in Courtroom 9-F, starting at 2:30 p.m. on the date listed here. (The Court will set this date.)      May 13, 2020
   Absent parties' agreement, no documents filed within 5 days before the Docket Call will be considered at Docket Call without prior permission of the Court to late file.

 June 12, 2019
**Date**

**APPROVAL REQUESTED:**

*[signature]*
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

_____      _____
Counsel for Plaintiff(s)                                 Date

_____      _____
Counsel for Defendant(s)                              Date