United States District Court
Southern District of Texas

**ENTERED**
July 29, 2020
David J. Bradley, Clerk

# HEARING MINUTES AND ORDER

**Cause Number**:  2:18-CV-00347

**Style**:        Ken Hamilton v. Allstate Insurance Company

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Martin Bienstock (by telephone) | Plaintiff(s) |
| Joseph Aguda/Bradley Jones (by telephone) | Defendant(s) |

**Date**: July 28, 2020            **Court Reporter**: Metzger
**Time**: 12:45 p.m.-1:00 p.m.        **Interpreter:** N/A

**At the hearing the Court made the following rulings**:

Telephone conference held.

Another telephone conference is set for August 25, 2020 at 12:30 p.m. to allow counsel time to meet with plaintiff.

A joint status report is due August 24, 2020 by 12:00 p.m.

**SIGNED** at Houston, Texas this 28th day of July, 2020.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE