United States District Court
Southern District of Texas
**ENTERED**
November 18, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KEN HAMILTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-00347 |
| | § | |
| ALLSTATE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Rule 41(a) Joint Stipulation of Dismissal with Prejudice (D.E. 65), the Court enters final judgment dismissing this action.

ORDERED on November 18, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE